Haggerty v. Lee.

FRANK P. HAGGERTY, appellant,

*v.*

JOHN LEE et al., respondents.

1. A covenant or stipulation inserted in a deed poll binds the grantee, his heirs and assigns, where such stipulation relates to the premises conveyed.

2. In such case an easement may be acquired by the grantor by a clause of reservation. The technical distinction between reservation and exception will be disregarded and the language used so construed as to effectuate the intention of the parties.

3. The grantee in a deed and those claiming under him cannot deny the binding authority of a reservation in a deed.

4. The effect of the reservation in this case is to prohibit the grantee from building on the common line more than twenty-four feet in depth, commencing at Main street.

5. *Quære.* Whether the same rule of construction applies to a reservation or an implied grant as to an express grant, thereby making it necessary to use the word "heirs" to create a fee?

On appeal from a decree advised by Vice-Chancellor Bird, whose opinion is reported in *3 Dick. Ch. Rep. 98.*

The opinion of the court was delivered by

VAN SYCKEL, J.

The questions involved in this case are in no respect different from those adjudicated by this court in a suit at law between the same parties. For the reasons given in the opinion of this court filed at the last term thereof in that case, the decree of the court of chancery in this case is reversed.

*For reversal*—THE CHIEF-JUSTICE, DEPUE, DIXON, GARRISON, MAGIE, REED, VAN SYCKEL, BOGERT, BROWN, CLEMENT, SMITH—11.

*For affirmance*—None.